TRUMAN, Respondent, v. LAKE CHAMPLAIN & M. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by Alice Truman, as administratrix, etc., against the Lake Champlain & Moriah Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur.

---

UPHAM, Respondent, v. JEFFERSON COUNTY SAV. BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Addison L. Upham, administrator, etc., of Cynthia Phelps, deceased, against the Jefferson County Savings Bank. No opinion. Judgment affirmed, with costs. Decision made by the concurrence of all.

---

VAN CAMP, Respondent, v. VILLAGE OF EAST SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Artimissa Van Camp against the village of East Syracuse. No opinion. Judgment and order affirmed, with costs. All concur.

---

VILAS NAT. BANK OF PLATTSBURGH, N. Y., Respondent, v. NEWTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 29, 1896.) Action by the Vilas National Bank of Plattsburgh, N. Y., against John M. Newton and others. No opinion.. Order affirmed, with $10 costs and disbursements. All concur.

---

VILLAGE OF CANANDAIGUA, Respondent, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by the village of Canandaigua, by its board of water commissioners, against Robert M. Benedict, impleaded, etc. No opinion. Motion denied, with $10 costs. All concur. See 40 N. Y. Supp. 707.

---

WALES MANUF'G CO., Appellant, v. LAZZARO et al., Respondents. (City Court of New York, General Term. October 30, 1896.) Action by Wales Manufacturing Company against Albert E. Lazzaro and the Mercantile Supply Company. W. Furlong, for appellant. H. M. Hitchings, for respondents.

SCHUCHMAN, J. This is an appeal from an order dated August 3, 1896, directing the plaintiff to furnish to the defendants a bill of particulars. Said order is modified by striking therefrom the following: "Showing the dates of orders upon the plaintiff for goods for the defendants," and "whether any and what goods were returned to the plaintiff, with the date of such return," as contained in folio 55 of the printed appeal book; also, "and their connection with the defendants, or either of them," and "what other persons, if any, were present at the time of making the sale," as contained in folio 56 of the printed appeal book. For the reason that the defendants have better knowledge of their own acts than the plaintiff, and that it is not the office of a bill of particulars to apprise the opposite party of the names of witnesses, order appealed from modified as above, with costs of this appeal to the plaintiff against the defendants. VAN WYCK, C. J., concurs.

---

WALLACE, Appellant, v. PAYNE, Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1896.) Action by Robert Wallace against George E. Payne, individually, etc. No opinion. Motion for reargument granted, with $10 costs to abide the event. See 41 N. Y. Supp. 111.

---

WATERLOO WAGON CO., Limited, Respondent, v. KIENETZ, Appellant. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by the Waterloo Wagon Company, Limited, against Andrew Kienetz. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

---

WEBSTER, Appellant, v. VILLAGE OF BALLSTON SPA, Respondent. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Sarah C. Webster against the village of Ballston Spa. No opinion. Judgment affirmed, with costs. All concur.

---

WEEKS, Respondent, v. PACHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 15, 1896.) Action by Angelina Weeks, executrix, etc., against Xaver Pacher and others. No opinion. Judgment affirmed, with costs. All concur.

---

WELDON et al., Appellants, v. DE LISLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by George Weldon and another against Fred J. De Lisle and another. No opinion. Judgment affirmed, with costs.

---

WELDON et al., Appellants, v. DE LISLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June, 1896.) Motion denied.

PER CURIAM. This case was submitted on the 14th of March, 1896. Appellant now moves for a reargument, and one of the reasons urged is that the case was submitted instead of being argued orally. Upon an examination of all the grounds urged for a reargument, we are of the opinion that the appellant has not made a case entitling him to a reargument according to well-established rules applicable to motions for reargument. Mount v. Mitchell, 32 N. Y. 702; Marine Nat. Bank v. National City Bank, 59 N. Y. 67; Bank v. Hunsiker, 72 N. Y. 252; Fosdick v. Town of Hempstead, 126 N. Y. 651, 27 N. E. 382. In the course of the examination of the case upon the merits, the court had occasion to refer to Billings v. Russell, 101 N. Y. 226, 4 N. E. 531, and Clapp v. Town of Ellington, 87 Hun, 542, 34 N. Y. Supp. 283, and it reached the conclusion that the question involved and passed upon by the referee was one of fact. Vega v. French, 79 Hun, 364, 29 N. Y. Supp. 450; Town of Corning v. Head, 86 Hun, 14, 33 N. Y. Supp. 360; Devlin v. Bank, 125 N. Y. 756, 26